USA                                                                                          08cr1498 LAB

-v-

Guillermo Rodriguez-Salazar

# STRICKEN DOCUMENT

**20 -SENTENCING MEMORANDUM & SUPPLEMENT SENTENCING SUMMARY CHART**