# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA          )          CASE NUMBER ___*18cr1498-LAB*___

vs                               )          ABSTRACT OF ORDER

*Guillermo Rodriguez-Salazar* Booking No. ___*08324298*___

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____*8/19/08*_____

the Court entered the following order:

___✓___ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

___✓___ Defendant to be released to Pretrial Services for electronic monitoring.

___✓___ Other._____*5 years probation*_____

                                        ___LARRY A. BURNS___
                                        UNITED STATES MAGISTRATE JUDGE
                                              District
                                                 OR
Received_____          W. SAMUEL HAMRICK, JR. Clerk
        DUSM                     by
                                        _____T. WACHAM___
                                              Deputy Clerk

Crim-9   (Rev 6-95)                              ✦ U.S. GPO: 1996-783-398/40151

CLERKS' COPY